UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**CAYLYNNE DOBBLES,**

    **Plaintiff,**

v.

**ILLINOIS NETWORK OF CHILD
CARE RESOURCE AND
REFERRAL AGENCIES, et al.,**

    **Defendants.**

Case No. 24-2014

# ORDER

Upon request of the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. This matter is scheduled for a settlement conference <u>by video conference</u> before the undersigned on **July 18, 2024, at 1:30 p.m.** Zoom instructions are attached to this Order. Prior to the settlement conference, a confidential call will be held with Plaintiff's counsel on **July 17, 2024, at 1:30 p.m.,** and defense counsel on **July 17, 2024, at 2:00 p.m.** The call-in number is 551-285-1373, then enter meeting ID 160 593 8546# and participant ID: 1015#.

2. The settlement conference shall be attended by Plaintiff, Defendants, and the parties' lead trial counsel, all by video.

3. By no later than the close of business on **July 12, 2024**, each party herein shall advise the undersigned, by separate confidential letter, of the following information:

    (a)    a brief analysis of key issues involved in the litigation;

    (b)    a description of the strongest and weakest legal and factual points in counsel's client's case;

    (c)    a description of the strongest and weakest legal and factual points in the opponent's case, not otherwise addressed in paragraph (b);

    (d) the specifics of any and all settlement demands and/or offers made to date, including any made prior to the commencement of this action, along with a copy of the written demand or offer submitted to opposing counsel as required in paragraph 5 below;

    (e) the particular action, if any, which counsel would suggest that the undersigned take at said settlement conference to facilitate the settlement of this action;

    (f) Plaintiff shall also itemize all damages claimed and the prospect for recovery as to each item of damages claimed;

    (g) preference, if any, for evaluative or facilitative approach to mediation;

    (h) the settlement proposal that counsel's client believes would be fair; and

    (i) the settlement proposal that counsel's client would be _willing_ to make in order to conclude the matter and stop the expense of litigation.

  4. These separate confidential letters to the undersigned shall be emailed (long@ilcd.uscourts.gov), faxed (217-373-5840), or mailed to the following address: Room 338 United States Courthouse, 201 South Vine Street, Urbana, Illinois, 61801. To facilitate candor, and to protect counsels' work product immunity, the letter shall _not_ be served upon opposing counsel and shall _not_ be filed. The undersigned will maintain the confidentiality of all such correspondence and the information contained therein.

  5. _At least fourteen (14) days prior to the conference_, the parties shall engage in meaningful settlement discussions which, at a minimum, shall include a reasonable demand by the plaintiff(s) and a reasonable offer by the defendant(s). Failure to make such a demand/offer will result in cancellation of the conference by the Court. During or prior to these discussions, Plaintiff shall provide counsel for Defendant(s) with a written breakdown of any demand for money damages. Likewise, counsel for Defendant(s) shall provide Plaintiff(s) with a written offer and brief statement of reasons for the offer. The settlement discussions should include an identification by each side of the witnesses who will be called at trial, a summary of their anticipated testimony, and a detailed description of any other evidence supporting the party's position with respect to both liability and damages. If a party's settlement position is based in whole or in part upon the opinion of a physician or other expert, such opinion, along with any written report by the physician or expert, shall be disclosed to opposing party. The parties are encouraged to make a concerted effort to settle the case on their own prior to the formal settlement conference.

  ENTERED this 3rd day of June, 2024.

                   s/ERIC L. LONG
                  U.S. MAGISTRATE JUDGE



# ZOOM CONNECTION INFORMATION FOR

# SETTLEMENT CONFERENCE

## URBANA

**Judge Long**

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 593 8546     Passcode:  1015

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 593 8546 #  and Participant ID:  1015 #